IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| KEVIN NABORS | § | |
| --- | --- | --- |
| | § | |
| VS. | § | CIVIL ACTION NO. 18-00136 |
| | § | |
| | § | |
| WAL-MART STORES TEXAS, LLC | § | |

**NOTICE OF SETTLEMENT**

COMES NOW, Plaintiff, KEVIN NABORS, and Defendant, WAL-MART STORES TEXAS, LLC (collectively the "Parties"), and jointly file this Notice of Settlement and in support show the Court as follows:

**I.**

The Parties hereby submit this Notice of Settlement to notify the Court that the lawsuit has been settled, and to request that the Court enter a 30 or 60-day conditional order staying all deadlines and permitting the Parties to exchange and execute final settlement documents. The lawsuit does not involve a minor, and will not require the appointment of a guardian ad litem. This settlement disposes of any and all claims, and all parties.

**II.**

The settlement by the Parties was accomplished by way of direct negotiation. The settlement includes all Parties and claims, whether known or unknown, for injuries arising out of the incident at issue in this case. Upon execution of all settlement documents, the case is to be dismissed with prejudice. All costs will be paid by Parties incurring same.

**III.**

WHEREFORE, the parties pray that this Court enter a 30 or 60-day conditional order staying case deadlines, in anticipation of final settlement being completed.

Respectfully submitted,

THE TODD LAW GROUP, PLLC

/s/Jeffrey N. Todd
Jeffrey N. Todd
State Bar No. 24028048
Federal Bar No. 1308
12929 Gulf Freeway, Suite 301
Houston, Texas 77034
Telephone: (832) 243-4953
Facsimile: (713) 583-7818
jeff@jefftoddlaw.com

ATTORNEY FOR PLAINTIFF,
KEVIN NABORS


BUSH & RAMIREZ, PLLC

/s/ Steven J. Maguire
John A. Ramirez
State Bar No. 00798450
Federal ID No. 21280
Steven J. Maguire
State Bar No. 24106238
Federal Bar No. 3172295
5615 Kirby Drive, Suite 900
Houston, Texas 77005
Telephone: (713) 626-1555
Facsimile: (713) 622-8077
jramirez.atty@bushramirez.com
smaguire.atty@bushramirez.com

ATTORNEYS FOR DEFENDANT,
WAL-MART STORES TEXAS, LLC

## **CERTIFICATE OF SERVICE**

   I hereby certify that on the 23rd day of August, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. True and correct copies of this document and all attachments have been served to counsel of record in accordance with the FEDERAL RULES OF CIVIL PROCEDURE.

                */s/Steven J. Maguire*
                 John A. Ramirez/Steven J. Maguire