Case 3:18-cv-00136   Document 22   Filed on 08/26/19 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
August 26, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| KEVIN NABORS, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 3:18-CV-136 |
| § | |
| WAL-MART STORES TEXAS, LLC, *et al*, § § § | |
| § | |
| Defendants. § | |

**CONDITIONAL DISMISSAL ORDER**

The Court has been advised that a settlement has been reached between the parties. Accordingly, it is hereby

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** to reinstatement of Plaintiff's claims, unless any party represents in writing filed with the Court on or before September 25, 2019**,** that the settlement could not be completely documented.

All pending motions are hereby **DENIED, as moot**.

SIGNED at Galveston, Texas, this 26th day of August, 2019.

*/s/ George C. Hanks Jr.*
George C. Hanks Jr.
United States District Judge